**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

IN RE:

| | |
|---|---|
| David K. Ferguson | Case # 12-60191 |
| Anita L. Ferguson | Chapter 13 |
| Debtors | Judge Caldwell |

**NOTICE OF CHANGE OF ADDRESS**

Now comes Joint Debtor Anita Ferguson, by and through counsel, and hereby notifies the Court of her new address. Ms. Ferguson moved to her new address prior to January 12, 2017.

Ms. Ferguson's mailing address is as follows:

Anita Ferguson
817 Brown Street
Zanesville, OH 43701

/s/ Amy E. Gullifer
Amy E. Gullifer # 0074218
Attorney for Debtors
302 S. Main Street
Marysville, OH 43040
937-644-9125 (telephone no.)
937-644-0754 (fax no.)
bkadmin@cfbjs.com

**Certificate of Service**

I hereby certify that a true copy of the foregoing Address Change was served by ECF service upon Faye D. English, Chapter 13 Trustee; U.S. Trustee's Office; and by ordinary U.S. Mail service upon David Ferguson, 21719 Raymond Rd., Marysville, OH 43040 and Anita Ferguson, 817 Brown Street, Zanesville, OH 43701 this 20th day of January 2017.

/s/ Amy E. Gullifer
Amy E. Gullifer